# Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 982,010
Registered Apr. 9, 1974
Renewal Term Begins Apr. 9, 1994

## TRADEMARK
## PRINCIPAL REGISTER

## CELINE

CELINE (FRANCE CORPORATION)
38 AVENUE MONTAIGNE
75008 PARIS, FRANCE

OWNER OF FRANCE REG. NO. 518208,
DATED 12–20–1963.

FOR: UNDERWEAR, PULLOVER
TYPE SWEATERS, SHIRTS, BLOUSES,
LINGERIE, HOSIERY, BOOTS, SHOES
AND SLIPPERS, IN CLASS 39 (INT. CL.
25).

SER. NO. 72–434,950, FILED 9–7–1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 2, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**982,010**
**Registered Apr. 9, 1974**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 434,950, filed Sept. 7, 1972

## CELINE

Celine (French corporation)
225, Rue du Faubourg Saint-Honore
Paris, Seine, France

For: UNDERWEAR, PULLOVER TYPE SWEAT-ERS, SHIRTS, B L O U S E S, LINGERIE, HOSIERY, BOOTS, SHOES AND SLIPPERS, in CLASS 39 (INT. CL. 25).

Owner of French Reg. No. 518,208 dated Dec. 20, 1963 (Paris); Nat'l. Inst. No. 216,689.

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent Office**

Reg. No. 1,000,156
Registered Dec. 24, 1974

## TRADEMARK
### Principal Register

# CÉLINE

Celine (French corporation)
225 Rue du Faubourg Saint-Honore
Paris, Seine, France

For: LEATHER GOODS—NAMELY, PURSES, POUCHES, MONEY BAGS AND MONEY BELTS, CARDHOLDERS, WALLETS, TICKETHOLDERS, KEY CASES, DOCUMENT CASES, BRIEF CASES, PORTFOLIOS, ATTACHÉ AND VANITY AND TOILETCASES, PASSPORT AND TRAVEL DOCU-MENT CASES, PORTABLE SECRETARIES, PEN TRAYS, HANDBAGS, TRUNKS, TRAVELLING BAGS, WHIPS, HARNESS AND SADDLERY—in CLASS 3 (INT. CL. 18).

Owner of French Reg. No. 518,208, dated Dec. 20, 1963 (Paris); Natl. Inst. No. 216,689.

Ser. No. 434,949, filed Sept. 7, 1972.

P. P. GRALNICK, Supervisory Examiner

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent Office

Reg. No. 1,000,156

Registered Dec. 24, 1974

## TRADEMARK
### Principal Register

# CÉLINE

Celine (French corporation)
225 Rue du Faubourg Saint-Honore
Paris, Seine, France

For: LEATHER GOODS—NAMELY, PURSES, POUCHES, MONEY BAGS AND MONEY BELTS, CARDHOLDERS, WALLETS, TICKETHOLDERS, KEY CASES, DOCUMENT CASES, BRIEF CASES, PORTFOLIOS, ATTACHÉ AND VANITY AND TOILETCASES, PASSPORT AND TRAVEL DOCU-MENT CASES, PORTABLE SECRETARIES, PEN TRAYS, HANDBAGS, TRUNKS, TRAVELLING BAGS, WHIPS, HARNESS AND SADDLERY—in CLASS 3 (INT. CL. 18).

Owner of French Reg. No. 518,208, dated Dec. 20, 1963 (Paris); Natl. Inst. No. 216,689.

Ser. No. 434,949, filed Sept. 7, 1972.

P. P. GRALNICK, Supervisory Examiner

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,000,156

Registered Dec. 24, 1974

Renewal Term Begins Dec. 24, 1994

## TRADEMARK
## PRINCIPAL REGISTER

# CÉLINE



CELINE (FRANCE CORPORATION)
38 AVENUE MONTAIGNE
75008 PARIS, FRANCE

OWNER OF FRANCE REG. NO. 518208, DATED 12–20–1963.

FOR: LEATHER GOODS—NAMELY, PURSES, POUCHES, MONEY BAGS AND MONEY BELTS, CARDHOLDERS, WALLETS, TICKETHOLDERS, KEY CASES, DOCUMENT CASES, BRIEF CASES, PORTFOLIOS, ATTACHE AND VANITY AND TOILETCASES, PASSPORT AND TRAVEL DOCUMENT CASES, [PORTABLE SECRETARIES, PEN TRAYS,] HANDBAGS, TRUNKS, TRAVELLING BAGS [, WHIPS, HARNESS AND SADDLERY], IN CLASS 3 (INT. CL. 18).

SER. NO. 72–434,949, FILED 9–7–1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 18, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 42

Prior U.S. Cl.: 101

Reg. No. 1,744,898

## United States Patent and Trademark Office   Registered Jan. 5, 1993

## SERVICE MARK
### PRINCIPAL REGISTER

## CELINE

CELINE (FRANCE LIMITED COMPANY)
38 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: RETAIL CLOTHING AND ACCESSO-
RIES BOUTIQUE SERVICES, IN CLASS 42 (U.S.
CL. 101).

FIRST USE 10-24-1979; IN COMMERCE
10-24-1979.

SER. NO. 74-136,550, FILED 2-5-1991.

KELLEY WELLS, EXAMINING ATTORNEY

Int. Cls.: 14 and 25

Prior U.S. Cls.: 28 and 39

**United States Patent and Trademark Office**

Reg. No. 1,772,927
Registered May 25, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## CELINE

CELINE (FRANCE LIMITED COMPANY)
38 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 12–0–1986; IN COMMERCE 12–0–1986.
FOR: CLOTHING; NAMELY UNDERWEAR, SLEEPWEAR, SWEATERS, BLOUSES, T-SHIRTS, SHORTS, SWEATSHIRTS, LINGERIE, HOSIERY, MEN'S AND LADIES' SUITS, TROU-SERS, DRESSES, JACKETS, SKIRTS, SCARVES, NECKTIES, BELTS, BOOTS, SHOES, SLIPPERS, HEADGEAR; NAMELY, HATS, CAPS, BERETS, AND PARKAS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 10–0–1979; IN COMMERCE 10–0–1979.
OWNER OF U.S. REG. NOS. 982,010 AND 1,146,820.

SER. NO. 74–149,425, FILED 3–19–1991.

KELLEY WELLS, EXAMINING ATTORNEY

Int. Cls.: **14 and 25**

Prior U.S. Cls.: **28 and 39**

Reg. No. 1,772,927

## United States Patent and Trademark Office
Registered May 25, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## CELINE

CELINE (FRANCE LIMITED COMPANY)
38 AVENUE MONTAIGNE
75008 PARIS, FRANCE

    FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).

    FIRST USE 12-0-1986; IN COMMERCE 12-0-1986.

    FOR: CLOTHING; NAMELY, UNDERWEAR, SLEEPWEAR, SWEATERS, BLOUSES, T-SHIRTS, SHORTS, SWEATSHIRTS, LINGERIE, HOSIERY, MEN'S AND LADIES' SUITS, TROU-SERS, DRESSES, JACKETS, SKIRTS, SCARVES, NECKTIES, BELTS, BOOTS, SHOES, SLIPPERS, HEADGEAR; NAMELY, HATS, CAPS, BERETS, AND PARKAS, IN CLASS 25 (U.S. CL. 39).

    FIRST USE 10-0-1979; IN COMMERCE 10-0-1979.

    OWNER OF U.S. REG. NOS. 982,010 AND 1,146,820.

    SER. NO. 74-149,425, FILED 3-19-1991.

KELLEY WELLS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,475,129
Registered Aug. 7, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CELINE

CELINE SA (FRANCE CORPORATION)
38 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: SPECTACLES, SPECTACLES GLASSES, SPECTACLES FRAMES, SPECTACLES CASES, EYE-GLASSES, EYEGLASSES FRAMES, EYEGLASSES CASES, AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF FRANCE REG. NO. 1460941, DATED 4-19-1988, EXPIRES 4-19-2008.

OWNER OF U.S. REG. NO. 1,146,820 AND OTH-ERS.

SER. NO. 75-822,974, FILED 10-14-1999.

BARBARA BROWN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,919,067**

**Registered Feb. 15, 2011**

**Int. Cls.: 9, 14, 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



David J. Kappos

Director of the United States Patent and Trademark Office

CELINE (FRANCE SOCIÉTÉ ANONYME (SA))
23-25 RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY, WATCHES, WATCH CASES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, TRAVELING BAGS, TRAVELING LUGGAGE SETS, TRUNKS AND SUITCASES, UNFITTED VANITY CASES, BACKPACKS, HANDBAGS, BRIEFCASES, CLUTCH BAGS, WALLETS, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, ALL OF THE FOREGOING MADE OF LEATHER OR IMITATION LEATHER; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SHIRTS, T-SHIRTS, LINGERIE, BELTS FOR CLOTHING, SCARVES, NECKTIES, SHAWLS, VESTS, SKIRTS, RAINCOATS, OVER-COATS, TROUSERS, DENIM TROUSERS, PULLOVERS, DRESSES, JACKETS, SASHES FOR WEAR, GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHTGOWNS, SHORTS; SHOES, BOOTS, SLIPPERS; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF TWO LARGE CURVED BANDS WITH TWO TRIANGULAR SHAPES IN BETWEEN THE BANDS.

PRIORITY DATE OF 10-1-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1037362 DATED 3-12-2010, EXPIRES 3-12-2020.

SER. NO. 79-082,100, FILED 3-12-2010.

KAPIL BHANOT, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,741,109**

**Registered May 19, 2015**

**Int. Cl.: 18**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

CELINE (FRANCE SOCIÉTÉ ANONYME)
23/25 RUE DU PONT-NEUF
PARIS, FRANCE 75001

FOR: HAND BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-2011; IN COMMERCE 1-0-2011.

THE MARK CONSISTS OF A THREE DIMENSIONAL CONFIGURATION OF A RECTANGU-
LAR HANDBAG WITH EXAGGERATED, EXTENDIBLE PLEATED SIDES WITH A SINGLE
ROLLED HANDLE ATTACHED TO A FLAP THAT COVERS ¾ OF THE FRONT OF THE
BAG AND WHICH ATTACHES TO THE BAG BY A RECTANGULAR METALLIC CLOSURE
LOCATED AT THE BOTTOM CENTER OF THE FLAP. THE STRAP, HANDLE, AND CLASP
APPEARING IN DOTTED LINES ARE NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 86-356,235, FILED 8-4-2014.

DANIEL S. STRINGER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,879,264**

**Registered Jan. 5, 2016**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CELINE (FRANCE CORPORATION)
23/25, RUE DU PONT NEUF
PARIS, FRANCE F-75001

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-5-2009; IN COMMERCE 6-5-2009.

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A RECTAN-
GULAR BAG WITH EXTENDABLE ACCORDION-STYLE SIDES, EXTRUDING PARALLEL
S WAVE DESIGNS ON BAG FRONT, AND REAR, SHIELD-SHAPED HANDLE BRACERS
DESIGNS ON FRONT AND REAR OF BAG. THE BROKEN LINES DEPICTING THE
HANDLES, BODY, AND CENTRAL RECTANGULAR ZIPPER OUTLINED ON THE FRONT
FACE OF THE BAG INDICATE PLACEMENT OF THE MARK ON THE GOODS AND ARE
NOT PART OF THE MARK. AS PLACED ON THE FRONT OF THE BAG, THE ZIPPER
REPRESENTS THE MOUTH OF A FACE DESIGN IN WHICH THE HANDLE SUPPORTS
APPEAR TO BE THE EYES AND THE S WAVE DESIGNS REPRESENT THE FACIAL OUT-
LINE.

SEC. 2(F).

SER. NO. 86-048,728, FILED 8-27-2013.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,489,333**

**Registered Jun. 12, 2018**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Celine (FRANCE société anonyme (sa))
23/25 Rue Du Pont-neuf
Paris, FRANCE 75001

CLASS 18: Handbags

FIRST USE 1-00-2011; IN COMMERCE 1-00-2011

The mark consists of a three-dimensional configuration of a rectangular handbag with exaggerated, extendible pleated sides containing a snap fastener on each extended side. A single rolled handle is attached to a flap that covers ¾ of the front of the bag and which attaches to the bag by a rectangular metallic closure located at the bottom center of the flap. A metal zipper is located on the back of the bag in a rectangular cutout. The strap, handle, rectangular body, flap, zipper and rectangular cutout, and clasp appearing in dotted lines are not claimed as a feature of the mark.

SEC.2(F)

SER. NO. 87-281,578, FILED 12-27-2016

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,959,186**

**Registered Jan. 14, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

CELINE  (FRANCE SOCIÉTÉ ANONYME (SA))
16 Rue Vivienne
Paris, FRANCE 75002

CLASS 18: Leather and imitations of leather; travel bags, leather luggage travelling sets, travelling trunks and travelling bags, unfitted vanity cases, rucksacks, shoulder bags, handbags, attaché cases, document cases and briefcases of leather, pouches of leather, pouches of textile, pouches for holding keys, wallets, key cases, business card cases, calling card cases, and credit card cases; umbrellas

CLASS 25: Clothing and underwear, namely, shirts, T-shirts, lingerie, belts, headscarves, neckties, shawls, waistcoats, skirts, waterproof clothing in the nature of waterproof jackets and raincoats, overcoats, trousers, jeans, pullovers, dresses, jackets, scarves, gloves, tights, socks, swimsuits, bathrobes, pyjamas, nightgowns, shorts, pocket handkerchiefs in the nature of pocket squares; shoes, boots, slippers; headwear

OWNER OF EUROPEAN UNION , REG. NO. 009533779, DATED 04-23-2012, EXPIRES 11-18-2020

The mark consists of a stylized shaded horse with a shadow leading a two-wheeled carriage, with a silhouette of a man in a top hat driving the carriage. The white in the mark is for transparent purposes and is not claimed as a feature of the mark.

SER. NO. 88-382,821, FILED 04-12-2019



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,021,103**

**Registered Mar. 31, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

CELINE  (FRANCE SOCIÉTÉ ANONYME (SA))
16 Rue Vivienne
F-75002 Paris
FRANCE

CLASS 18: Leather and imitations of leather; trunks being luggage and suitcases; traveling bags, sports bags; handbags, backpacks; beach bags, school bags, satchels, reusable shopping bags; traveling trunks; travel bags for clothing and shoes; attaché cases and document cases, attaché cases for documents, leather briefcases; purses, wallets, card holders being wallets, coin purses not of precious metal, leather key cases; boxes of leather or imitation leather; leather traveling sets comprising leather traveling trunks and leather traveling bags; unfitted vanity cases; pouches of leather, clutch bags; parasols; umbrellas

CLASS 25: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses, shorts; pajamas, house coats, nightgowns and nightshirts, dressing gowns; hats, caps being headwear, gloves as clothing, neckties, belts as clothing, leather belts, scarves, pocket squares being clothing, sashes for wear, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots

The mark consists of two curved and perforated lines turning away from each other.

PRIORITY DATE OF 09-27-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1467181 DATED 03-26-2019, EXPIRES 03-26-2029

SER. NO. 79-258,895, FILED 03-26-2019



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,031,499**

**Registered Apr. 14, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

CELINE  (FRANCE SOCIÉTÉ ANONYME (SA))
16 Rue Vivienne
F-75002 Paris
FRANCE

CLASS 18: Leather and imitations of leather; trunks being luggage and suitcases; traveling bags, sports bags; handbags, backpacks; beach bags, school bags, satchels, reusable shopping bags; traveling trunks; travel bags for clothing and shoes; attaché cases and document cases, attaché cases for documents, leather briefcases; purses, wallets, card holders being wallets, coin purses not of precious metal, leather key cases; boxes of leather or imitation leather; leather traveling sets comprising leather traveling trunks and leather traveling bags; unfitted vanity cases; pouches of leather, clutch bags; parasols; umbrellas

CLASS 25: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses, shorts; pajamas, house coats, nightgowns and nightshirts, dressing gowns; hats, caps being headwear, gloves as clothing, neckties, belts as clothing, leather belts, scarves, pocket squares being clothing, sashes for wear, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots

The mark consists of a quadrilateral with two curved concave sides.

PRIORITY DATE OF 09-27-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1468489 DATED 03-26-2019, EXPIRES 03-26-2029

SER. NO. 79-259,358, FILED 03-26-2019

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,031,503**

**Registered Apr. 14, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

CELINE  (FRANCE SOCIÉTÉ ANONYME (SA))
16 Rue Vivienne
F-75002 Paris
FRANCE

CLASS 18: Leather and imitations of leather; trunks being luggage and suitcases; traveling bags, sports bags; handbags, backpacks; beach bags, school bags, satchels, reusable shopping bags; traveling trunks; travel bags for clothing and shoes; attaché cases and document cases, attaché cases for documents, leather briefcases; purses, wallets, card holders being wallets, coin purses not of precious metal, leather key cases; boxes of leather or imitation leather; leather traveling sets comprising leather traveling trunks and leather traveling bags; unfitted vanity cases; pouches of leather, clutch bags; parasols; umbrellas

CLASS 25: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses, shorts; pajamas, house coats, nightgowns and nightshirts, dressing gowns; hats, caps being headwear, gloves as clothing, neckties, belts as clothing, leather belts, scarves, pocket squares being clothing, sashes for wear, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots

The mark consists of two curved bands.

PRIORITY DATE OF 09-27-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1468636 DATED 03-26-2019, EXPIRES 03-26-2029

SER. NO. 79-259,457, FILED 03-26-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,187,133**

**Registered Nov. 03, 2020**

**Int. Cl.: 3, 4, 6, 9, 14, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

CELINE  (FRANCE Société anonyme à conseil d'administration )
16 Rue Vivienne
F-75002 Paris
FRANCE

CLASS 3: Non-medicated soaps; perfumery, toilet water, eau de Cologne; perfumes; extracts of flowers being perfumes; plant extracts sold as components of cosmetics; incense; after-shave preparations; essential oils; oils for cosmetic use; cosmetics; cosmetic products, namely, foundations, lipsticks, lip gloss, eye shadows, mascaras, eyebrow pencils, eye shadows; hair, face and body powders, creams, sprays and lotions for cosmetic use; cleansing milk for toilet purposes; make-up removing preparations; deodorants for personal use; lip and body balms other than for medical use; bath and shower gels and bath and shower cosmetic preparations; beauty masks; hair shampoos and conditioners; non-medicated toiletry preparations; make-up; products for nail care and embellishment, namely, nail polish; massage candles for cosmetic use

CLASS 4: Combustible wax for candles; fuels and lighting fuel; candles and wicks for lighting; wicks for candles; candles for nightlights; perfumed candles; oils and fats for preservation of leather

CLASS 6: Common metals and their alloys; ring shaped fittings of metal; chains of metal; rivets of metal; ironmongery and small items of metal hardware, namely, bag hangers of metal, metal rings, namely, ring shaped fittings of metal, boxes of common metal, bolts of metal, padlocks, chains of metal, stays of metal, namely, metal fence stays, pegs of metal, keys of metal, namely, metal keys for locks, nails, cramps of metal, hooks, nuts of metal, signboards of metal, labels of metal, box fasteners of metal, locks of metal for bags, house numbers and letters of common metal, except type, bindings of metal, namely, metal binding bands, latches of metal, handcuffs, clips of metal for sealing bags, nameplates of common metal, springs, rivets of metal, locks of metal, wire cloth, and screws of metal; buckles of common metal; metallic bag hooks; knobs of metal; boxes of common metal; chests of metal; metal industrial packaging containers; monuments of non-precious metal; works of art of common metal; statues and figurines made from common metal

CLASS 9: Smart watches, connected bracelets, namely, wearable activity trackers; smart rings; stands, bags, satchels, carriers, covers and cases all specially adapted for holding





Andrei Iancu

Director of the United States
Patent and Trademark Office

photographic apparatus, video cameras, tablet computers, computers, laptops, portable phones, smart phones; digital photograph frame; blank USB flash drives; electronic publications downloadable online or from the Internet in the nature of magazines in the fields of fashion, fashion show, jewelry, clothes, bags, shoes, and perfumes; wrist straps, neck straps and fitted plastic films known as skins for covering and providing a scratch proof barrier or protection for portable phones; telecommunications apparatus in the nature of wireless receivers in the form of jewelry; optical goods, namely, spectacles, sunglasses, goggles for sports; smart glasses; spectacle frames; spectacle lenses; contact lenses; spectacle cords and chains; cases for spectacles or for contact lenses; binoculars; decorative magnets; ring holders, namely, holders specially adapted for holding smart rings

CLASS 14: Jewelry; rings being jewelry; medals; clocks; wristwatches; watches; watch cases; watch bands; watch chains; cases for watches; clasps for jewelry; key rings; wristwatch buckles and earrings; cuff links, bracelets, jewelry charms, charms for key rings, brooches, necklaces, chains being jewelry, tie pins, ornaments of precious metal in the nature of jewelry, lockets; jewelry boxes and jewelry cases made from precious metals, their alloys or coated therewith; badges of precious metal; unwrought or semi-wrought precious metals; works of art of precious metal; precious stones

CLASS 18: Leather and imitations of leather; unworked or semi-worked leather; imitation leather; furs being animal skins; fur-skins, namely, semi worked fur; traveling bags, leather traveling bag sets, trunks being luggage, traveling trunks and suitcases, garment bags for travel purposes, boxes intended for toiletry articles, namely, unfitted vanity cases, leather or leather board boxes; bags, namely, rucksacks, shoulder bags, handbags, sports bags, briefcases, document cases, briefcases and business cases made from leather; luggage tags for luggage, whips, animal leashes, saddlery; walking sticks; leather pouches, wallets, business card cases; credit card holders, namely, wallets; purses, key cases, credit card cases; umbrellas; parasols; beach umbrellas

CLASS 25: Clothing, namely, underwear, shirts, sweaters, t-shirts, lingerie, belts, scarves, neckties, shawls, vests, jerseys, skirts, raincoats, coats, overcoats, suspenders, trousers, denim trousers, pullovers, dresses, jackets, sashes, gloves, tights, socks, bathing suits, bath robes, pajamas, nightgowns, shorts, pocket squares; shoes, fitted metal heel protectors for shoes; boots, half-boots; soles for footwear; slippers; headwear; cuffs; clothing and footwear for sports and skiing, namely, trousers, knitwear, namely, knitted shirts and sweaters, and hosiery, underwear, skirts, trousers, jackets, coats, shirts, gloves, waterproof clothing, namely, waterproof jackets and pants, anoraks, snow suits, hats, caps, socks, panty hose, footwear, boots, sports shoes, and ski boots

CLASS 35: Retail stores and online retail stores in the fields of perfumery and cosmetics, clothing, footwear, headgear, leather goods, optical goods, jewelry, watches, and luggage; providing television home shopping services in the fields of perfumery and cosmetics, clothing, footwear, headgear, optical goods, leather goods, jewelry, watches, and luggage; gift registry services

PRIORITY DATE OF 09-21-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1470353 DATED 03-13-2019, EXPIRES 03-13-2029

SER. NO. 79-260,177, FILED 03-13-2019

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,337,314**
**Registered May 04, 2021**
**Int. Cl.: 9, 18**
**Trademark**
**Principal Register**



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

CELINE  (FRANCE SOCIÉTÉ ANONYME (SA))
16, Rue Vivienne
F-75002 Paris
FRANCE

CLASS 9: surveying instruments, photographic cameras, cinematographic cameras, weighing apparatus and instruments, distance measuring apparatus, signaling buoys, directional compasses; apparatus for recording, transmission, reproduction of sound or images; helmets for virtual reality, smartwatches, connected bracelets being wearable computer peripherals for users to connect wirelessly to computers; smart rings; blank magnetic data carriers, blank audio disks; stands for smartphones, computer bags, blank magnetic data carriers, smartphone covers, cases for photographic apparatus, video cameras, tablet computers, computers, laptops, portable phones, smart phones; blank compact disks, DVDs and other digital storage media; electronic book reader; data processing equipment, computers and computer peripheral equipment; mouse pads; headphone; loudspeakers; digital photo frames; blank USB flash drives; electronic agendas; downloadable electronic game software; telephones; mobile telephones; computers; portable computers; tablet computers; personal digital assistants (PDA); MP3 players; batteries; battery chargers; earphones; telecommunication apparatus in the nature of wireless receivers in the form of jewelry; optical goods, namely, spectacles, sunglasses, goggles for sports; smart glasses; spectacle frames; spectacle lenses, contact lenses; spectacle cords and chains; cases for spectacles or for contact lenses; binoculars; decorative magnets; ring holders for mobile phones

CLASS 18: Leather and imitations of leather; unworked or semi-worked leather; imitation leather; fur pelts; fur being animal skins; traveling bags, leather traveling bag sets, travel chests being luggage, trunks being luggage and suitcases, garment bags for travel, boxes of leather or leather board; leather bags, rucksacks, shoulder bags, handbags, sports bags, carrying cases, attaché cases, document cases and business cases of leather; luggage tags for luggage, whips, animal leashes, saddlery; walking sticks; clutch bags, wallets, business card cases; credit card holders; purses, key cases, credit



card cases; umbrellas; parasols; beach umbrellas

The color(s) black and orange is/are claimed as a feature of the mark.

The mark consists of four stylized designs of the letters "CC" arranged in a diamond shape inside a square shaded with black. Each "CC" design consists of two back-to-back letter Cs in orange with black diagonal stripes and a pattern of black lines resembling the chain links of the chain encircling the Arc de Triomphe between the letters.

PRIORITY DATE OF 08-05-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1528437 DATED 02-04-2020, EXPIRES 02-04-2030

SER. NO. 79-284,630, FILED 02-04-2020